240 West Third Street
Suite 406
Williamsport, PA 17701

August 9, 2004

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, NE
Washington, DC 20544

Gentlemen:

As per your letter of August 4, 2004 I am amending my form AO-10 for the reporting period of January 1, 2003 to December 31, 2003.

In Part VII, lines 7, 40, 41, 65, 101, 102, 104, and 106 are changed as per your instructions. The word "None" has been indicated in column B-2.

Very truly yours,



Enclosures

RECEIVED Aug 23 10 46 AM '04 FINANCIAL DISCLOSURE OFFICE

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>JONES III, JOHN E | 2. Court or Organization<br><br>US COURT-MIDDLE DISTRICT OF PA | 3. Date of Report<br><br>5/5/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date 12/31/2003<br><br>○ Initial ◉ Annual ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>240 WEST THIRD STREET<br>SUITE 406<br>WILLIAMSPORT, PA 17701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.     (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. ██████████ | ██████████████████████████ |
| 2. | |

## II. AGREEMENTS.     (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1.     2002 | THE STATE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER - VESTED PENSION |

RECEIVED Aug 23 10 46 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ▓▓▓▓▓▓▓▓▓ | A | Distribution | O | W | | | | | |
| 2. ▓▓▓▓▓▓▓▓▓ | A | Distribution | N | W | | | | | |
| 3. ▓▓▓▓▓▓▓▓▓ | A | Distribution | O | W | | | | | |
| 4. ▓▓▓▓▓▓▓▓▓ | A | Distribution | M | W | | | | | |
| 5. ▓▓▓▓▓▓▓▓▓ | A | Distribution | N | W | | | | | |
| 6. ▓▓▓▓▓▓▓▓▓ | A | Distribution | K | W | | | | | |
| 7. ▓▓▓▓▓▓▓▓▓ | | None | J | W | | | | | |
| 8. ▓▓▓▓▓▓▓▓▓ | A | Distribution | M | W | | | | | |
| 9. 1ST NATIONAL BANK OF CHEROKEE-CD IRA | A | Interest | | | REDEMPTION | 2/2 | J | | |
| 10. PROVIDIAN NATIONAL BANK-CD IRA | B | Interest | K | T | | | | | |
| 11. UNION BANK M/M FD IRA | A | Dividend | J | T | | | | | |
| 12. GERMANY FUND-MUTUAL FUND IRA | A | Dividend | J | T | | | | | |
| 13. GERMANY FUND (NEW)-MUTUAL FUND IRA | A | Dividend | J | T | | | | | |
| 14. CATS SERIES P IRA | A | Interest | J | T | | | | | |
| 15. GAM-COMMON STOCK IRA | A | Dividend | J | T | | | | | |
| 16. MTB-COMMON STOCK IRA | A | Dividend | J | T | | | | | |
| 17. STRD-COMMON STOCK IRA | | None | J | T | | | | | |
| 18. UNION BANK M/M FD IRA | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Code (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. NATIONWIDE-ANNUITY | A | Interest | J | T | | | | | |
| 20. UNION BANK & TRUST CO.-CHECKING | A | Interest | K | T | | | | | |
| 21. QUALITY VENDING INC-50% INTEREST | C | Distribution | L | W | | | | | |
| 22. LOAN RECEIVABLE-PHOENIX CONTRACTING | A | Interest | M | T | | | | | |
| 23. UBPTE-COMMON STOCK | A | Dividend | J | T | | | | | |
| 24. UBPTE-COMMON STOCK | A | Dividend | J | T | | | | | |
| 25. UBPTE-COMMON STOCK | A | Dividend | J | T | | | | | |
| 26. DREYFUS PREMIER BALANCED FD. | A | Dividend | J | T | | | | | |
| 27. GE COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. NASDAQ 100 SHARES-COMMON STOCK | A | Dividend | J | T | | | | | |
| 29. SOVEREIGN BANCORP-COMMON STOCK | A | Dividend | J | T | | | | | |
| 30. TARGET CORP.-COMMON STOCK | A | Dividend | J | T | | | | | |
| 31. LEGG MASON M/M FD. | A | Dividend | J | T | CLOSED | 6/15 | | | |
| 32. AT&T-COMMON STOCK | A | Dividend | J | T | | | | | |
| 33. AT&T WIRELESS-COMMON STOCK | | None | J | T | | | | | |
| 34. ASTRAZENECA PLC-COMMON STOCK | A | Dividend | J | T | | | | | |
| 35. CISCO SYSTEMS INC-COMMON STOCK | | None | J | T | | | | | |
| 36. COACH INC.-COMMON STOCK | A | Dividend | | | SELL | 7/7 | J | D | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. FULTON FINANCIAL CORP. | A | Dividend | J | T | | | | | |
| 38. UIT FIRST TRUST COMM. SVCES.-UNIT INVESTMENT TRUST | A | Dividend | J | T | | | | | |
| 39. LEGG MASON VALUE TRUST-COMMON STOCK | A | Dividend | | | SELL | 7/25 | J | | |
| 40. PHELPS DODGE CORP.-COMMON STOCK | | None | | | SELL | 3/4 | J | | |
| 41. PETROLEUM GEO SVCS.-COMMON STOCK | | None | J | T | | | | | |
| 42. BROOKSTREET SECURITIES CORP.-M/M FD. | B | Dividend | J | T | | | | | |
| 43. WACHOVIA SECURITIES - M/M FUND | A | Dividend | | | CLOSED | 9/11 | | | |
| 44. STRATEGIC DISTRIBUTION-COMMON STOCK | A | Dividend | J | T | PARTIAL SELL | 9/11 | J | A | |
| 45. BARRISTER GLOBAL SVCS.NETWORK-COMMON STOCK | A | Dividend | | | SELL | 9/9 | J | | |
| 46. FIRST CHESAPEAKE FINANCIAL CORP.-COMMON STOCK | A | Dividend | | | SELL | 9/9 | J | | |
| 47. STRATEGIC DISTRIBUTION INC.-COMMON STOCK | A | Dividend | | | SELL | 9/11 | K | | |
| 48. FIDELITY AGGRESSIVE GROWTH FUND | A | Dividend | J | T | | | | | |
| 49. FIDELITY BLUE CHIP GROWTH FUND | A | Dividend | | | SELL | 9/12 | J | | |
| 50. JANUS TWENTY FUND | A | Dividend | | | SELL | 9/11 | J | | |
| 51. U.S. TREASURY NOTE-IRA | A | Interest | K | T | | | | | |
| 52. CATS SERIES P ZERO COUPON BOND-IRA | A | Interest | J | T | | | | | |
| 53. ABM COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 54. WYE COMMON STOCK-IRA | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. BK COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 56. BMY COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 57. CRS COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 58. CVX COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 59. HPQ COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 60. CAG COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 61. CCK COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 62. DD COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 63. EAS COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 64. XOM COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 65. FCFK COMMON STOCK-IRA | | None | | | SELL | 8/22 | J | | |
| 66. FULT COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 67. GAM COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 68. GE COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 69. HON COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 70. HUM COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 71. K COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 72. KEY COMMON STOCK-IRA | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. KMB COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 74. LG COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 75. LU COMMON STOCK-IRA | | None | J | T | | | | | |
| 76. MTB COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 77. SOV COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 78. MRK COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 79. MMM COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 80. NXL COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 81. BOH COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 82. PTV COMMON STOCK-IRA | | None | J | T | | | | | |
| 83. JCP COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 84. PEP COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 85. PFE COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 86. SFE COMMON STOCK-IRA | | None | J | T | | | | | |
| 87. SPI COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 88. STRD COMMON STOCK-IRA | | None | J | T | | | | | |
| 89. TE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 90. TYC COMMON STOCK-IRA | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See C | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. UL COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 92. VZ COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 93. WFSL COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 94. WMI COMMON STOCK-IRA | | None | J | T | | | | | |
| 95. ZMH COMMON STOCK-IRA | | None | J | T | | | | | |
| 96. UBPTE COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 97. DISCOVER BANK OF DE-CD-IRA | B | Interest | K | T | | | | | |
| 98. ALLEGHENY TECH INC - COMMON STOCK | A | Dividend | | | SELL | 1/31 | J | | |
| 99. BRISTOL MYERS SQUIBB - COMMON STOCK | A | Dividend | J | T | | | | | |
| 100. WALT DISNEY CO DEL - COMMON STOCK | A | Dividend | | | SELL | 5/19 | J | A | |
| 101. DYNEGY INC HLDG CO-COMMON STOCK | | None | J | T | | | | | |
| 102. FRANKLIN BIOTECH DISCOVERY FUND-COMMON STOCK | | None | | | SELL | 8/6 | J | A | |
| 103. MASSEY ENERGY CO-COMMON STOCK | A | Dividend | | | SELL | 7/11 | J | | |
| 104. RELIANT RESOURCES - COMMON STOCK | | None | | | SELL | 10/23 | J | | |
| 105. BUCA INC - COMMON STOCK | A | Dividend | | | SELL | 7/7 | J | A | |
| 106. COMCAST CORP | | None | J | T | | | | | |
| 107. DUKE ENERGY - COMMON STOCK | A | Dividend | J | T | | | | | |
| 108. LEGG MASON CASH RESERVE TRUST | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. POLO RALPH LAUREN CORP CL-A | A | Dividend | J | T | | | | | |
| 110. STARBUCKS CORP - COMMON STOCK | | None | J | T | | | | | |
| 111. TARGET CORP - COMMON STOCK | A | Dividend | J | T | | | | | |
| 112. BED, BATH & BEYOND - COMMON STOCK | | None | | | SELL | 7/7 | J | A | |
| 113. CHESAPEAKE ENERGY - COMMON STOCK | A | Dividend | J | T | | | | | |
| 114. GARTMORE NATIONWIDE FUND-MUTUAL FUND CLASS A | A | Dividend | J | T | | | | | |
| 115. STJ - COMMON STOCK - IRA | | None | K | T | | | | | |
| 116. DNP SELECT INCOME FUND-MUTUAL FUND-IRA | A | Dividend | J | T | | | | | |
| 117. NORTHWESTERN CORP - COMMON STOCK-IRA | A | Dividend | | | SELL | 12/22 | J | | |
| 118. CHEVRON-TEXACO 3.5% BOND - IRA | A | Interest | K | T | | | | | |
| 119. UNION BANK OF POTTSVILLE-CD'S | A | Interest | | | REDEEMED | 6/15 | K | | |
| 120. UNION BANK OF POTTSVILLE-SAVINGS | A | Interest | J | T | | | | | |
| 121. BAX-COMMON STOCK-IRA | A | Dividend | J | T | BUY | 6/15 | J | | |
| 122. CCE-COMMON STOCK-IRA | A | Dividend | J | T | BUY | 6/15 | J | | |
| 123. CAPITAL ONE BANK VA-CD-IRA | B | Interest | K | T | BUY | 6/15 | K | | |
| 124. FORD MOTOR CREDIT CO-BOND | B | Interest | K | T | BUY | 6/15 | K | | |
| 125. EXXON MOBIL CORP-COMMON STOCK | A | Dividend | J | T | BUY | 12/2 | J | | |
| 126. GENERAL ELECTRIC CO-COMMON STOCK | A | Dividend | J | T | BUY | 12/5 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. GENERAL MOTORS CORP-COMMON STOCK | A | Dividend | K | T | BUY | 11/07 | K | | |
| 128. ISTAR FINANCIAL-COMMON STOCK | A | Dividend | J | T | BUY | 11/13 | J | | |
| 129. ORACLE CORP-COMMON STOCK | A | Dividend | J | T | BUY | 12/2 | J | | |
| 130. PFIZER INC-COMMON STOCK | A | Dividend | J | T | BUY | 11/7 | J | | |
| 131. SIRIUS SATELLITE RADIO -- COMMON STOCK | | None | J | T | BUY | 11/13 | J | | |
| 132. TALBOTS INC - COMMON STOCK | A | Dividend | J | T | BUY | 7/15 | J | | |
| 133. WILLIAMS SONOMA-COMMON STOCK | A | Dividend | J | T | BUY | 7/15 | J | | |
| 134. PNC FINANCIAL SERVICES GROUP-COMMON STOCK | A | Dividend | J | T | BUY | 7/25 | J | | |
| 135. COOPER INDUSTRIES LTD CL A-COMMON STOCK (OMITTED 2002) | A | Dividend | | | SELL | 3/12 | J | A | |
| 136. FLEXTRONICS INC - COMMON STOCK | | None | | | BUY | 6/2 | J | | |
| 137. FLEXTRONICS INC - COMMON STOCK | | None | | | SELL | 8/7 | J | | |
| 138. ANADARKO PETROLEUM CORP-COMMON STOCK | | None | | | BUY | 7/14 | J | | |
| 139. ANADARKO PETROLEUM CORP-COMMON STOCK | | None | | | SELL | 8/4 | J | | |
| 140. APPLIED MATERIALS INC - COMMON STOCK | | None | | | BUY | 3/17 | J | | |
| 141. APPLIED MATERIALS INC - COMMON STOCK | | None | | | SELL | 5/19 | J | A | |
| 142. BOEING CO - COMMON STOCK | A | Dividend | | | BUY | 1/2 | J | | |
| 143. BOEING CO - COMMON STOCK | A | Dividend | | | SELL | 2/20 | J | | |
| 144. CVS CORP DEL - COMMON STOCK | A | Dividend | | | BUY | 3/17 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. CVS CORP DEL - COMMON STOCK | A | Dividend | | | SELL | 12/02 | J | A | |
| 146. COOPER TIRE & RUBBER CO - COMMON STOCK | A | Dividend | | | BUY | 3/17 | J | | |
| 147. COOPER TIRE & RUBBER CO - COMMON STOCK | A | Dividend | | | SELL | 8/11 | J | A | |
| 148. DIAMOND OFFSHORE DRILLING INC - COMMON STOCK | A | Dividend | | | BUY | 6/11 | J | | |
| 149. DIAMOND OFFSHORE DRILLING INC - COMMON STOCK | A | Dividend | | | SELL | 11/19 | J | | |
| 150. FEDERAL SIGNAL CORP - COMMON STOCK | | None | | | BUY | 4/2 | J | | |
| 151. FEDERAL SIGNAL CORP - COMMON STOCK | | None | | | SELL | 5/19 | J | A | |
| 152. H J HEINZ CO - COMMON STOCK | A | Dividend | | | BUY | 3/17 | J | | |
| 153. H J HEINZ CO - COMMON STOCK | A | Dividend | | | SELL | 6/19 | J | A | |
| 154. HONEYWELL INT'L - COMMON STOCK | A | Dividend | | | BUY | 1/2 | J | | |
| 155. HONEYWELL INT'L - COMMON STOCK | A | Dividend | | | SELL | 3/7 | J | | |
| 156. MAYTAG CORP - COMMON STOCK | A | Dividend | | | BUY | 4/1 | J | | |
| 157. MAYTAG CORP - COMMON STOCK | A | Dividend | | | SELL | 8/5 | J | A | |
| 158. WELLMAN INC - COMMON STOCK | | None | | | BUY | 7/2 | J | | |
| 159. WELLMAN INC - COMMON STOCK | | None | | | SELL | 8/6 | J | | |
| 160. ALBERTSONS INC - COMMON STOCK | A | Dividend | J | T | BUY | 8/21 | J | | |
| 161. MANITOWOC INC - COMMON STOCK | A | Dividend | J | T | BUY | 5/30 | J | | |
| 162. MERCK & CO INC. - COMMON STOCK | A | Dividend | J | T | BUY | 12/17 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. NEWELL RUBBERMAID INC. - COMMON STOCK | A | Dividend | J | T | BUY | 12/1 | J | | |
| 164. SCHERING PLOUGH CORP - COMMON STOCK | A | Dividend | J | T | BUY | 12/1 | J | | |
| 165. STANDARD MOTORS PRODS INC - COMMON STOCK | A | Dividend | J | T | BUY | 9/2 | J | | |
| 166. TIMKEN CO - COMMON STOCK | A | Dividend | J | T | BUY | 8/21 | J | | |
| 167. TRANSOCEAN ISIN - COMMON STOCK | A | Dividend | J | T | BUY | 8/20 | J | | |
| 168. PIMCO COMMODITY TOTAL RETURN FUND-CLD-MUTUAL FUND | A | Dividend | J | T | BUY | 9/1 | J | | |
| 169. ABERCROMBIE & FITCH CO CL A - COMMON STOCK | A | Dividend | J | T | BUY | 10/15 | J | | |
| 170. ALLEGIANT BANCORP INC - COMMON STOCK | | None | | | BUY | 10/15 | J | | |
| 171. ALLEGIANT BANCORP INC - COMMON STOCK | | None | | | SELL | 11/26 | J | A | |
| 172. ANHEUSER BUSCH COS - COMMON STOCK | A | Dividend | J | T | BUY | 10/10 | J | | |
| 173. IMCLONE SYSTEMS INC - COMMON STOCK | | None | J | T | BUY | 10/15 | J | | |
| 174. NATIONAL PENN BANCSHARES - COMMON STOCK | A | Dividend | J | T | BUY | 10/16 | J | | |
| 175. ORACLE CORPORATION - COMMON STOCK | | None | J | T | BUY | 12/1 | J | | |
| 176. ORACLE CORPORATION - COMMON STOCK | | None | J | T | BUY | 12/3 | J | | |
| 177. PETROKAZAHSTAN INC - COMMON STOCK | A | Dividend | J | T | BUY | 9/16 | J | | |
| 178. RELIANT RESOURCES INC - COMMON STOCK | | None | J | T | BUY | 10/31 | J | | |
| 179. SAFEGUARD SCIENTIFIC - COMMON STOCK | | None | J | T | BUY | 9/19 | J | | |
| 180. SINCLAIR BROADCAST GROUP INC - COMMON STOCK | | None | J | T | BUY | 10/6 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. SIRIUS SATELLITE RADIO INC - COMMON STOCK | | None | J | T | BUY | 12/2 | J | | |
| 182. SOVEREIGN BANCORP INC - COMMON STOCK | A | Dividend | J | T | BUY | 10/02 | J | | |
| 183. FIDELITY BLUE CHIP VALUE FUND - MUTUAL FUND | A | Dividend | J | T | BUY | 9/11 | J | | |
| 184. VANGUARD PA LONG TERM TAX EX - MUTUAL FUND | A | Dividend | J | T | BUY | 9/18 | J | | |
| 185. FIDELITY REAL ESTATE INCOME FUND - MUTUAL FUND | A | Dividend | J | T | BUY | 9/12 | J | | |
| 186. FIDELITY INVESTMENT - M/M FUND | A | Dividend | J | T | BUY | 9/14 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>JONES III, JOHN E | Date of Report<br><br>5/5/2004 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Date 8-19-04

NOTE: ANY ▮▮▮▮▮▮▮▮▮ WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2002 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) JONES III, JOHN E | 2. Court or Organization US COURT-MIDDLE DISTRICT OF PA | 3. Date of Report 5/5/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) US DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date 12/31/2003 ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 240 WEST THIRD STREET SUITE 406 WILLIAMSPORT, PA 17701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|----------|------------------------------|
| 1. ████████████ | ████████████████████████ |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. 2002 | THE STATE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER VESTED PENSION |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|------|------------------|-------------------------------------|
| 1. | | |

DISCLOSURE OFFICE FINANCIAL MAY 20 12:08 PM '04 RECEIVED

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ███████████████ | A | Distribution | O | W | | | | | |
| 2. ███████████████ | A | Distribution | N | W | | | | | |
| 3. ███████████████ | A | Distribution | O | W | | | | | |
| 4. ███████████████ | A | Distribution | M | W | | | | | |
| 5. ███████████████ | A | Distribution | N | W | | | | | |
| 6. ███████████████ | A | Distribution | K | W | | | | | |
| 7. ███████████████ | | | J | W | | | | | |
| 8. ███████████████ | A | Distribution | M | W | | | | | |
| 9. 1ST NATIONAL BANK OF CHEROKEE-CD IRA | A | Interest | | | REDEMPTION | 2/2 | J | | |
| 10. PROVIDIAN NATIONAL BANK-CD IRA | B | Interest | K | T | | | | | |
| 11. UNION BANK M/M FD IRA | A | Dividend | J | T | | | | | |
| 12. GERMANY FUND-MUTUAL FUND IRA | A | Dividend | J | T | | | | | |
| 13. GERMANY FUND (NEW)-MUTUAL FUND IRA | A | Dividend | J | T | | | | | |
| 14. CATS SERIES P IRA | A | Interest | J | T | | | | | |
| 15. GAM-COMMON STOCK IRA | A | Dividend | J | T | | | | | |
| 16. MTB-COMMON STOCK IRA | A | Dividend | J | T | | | | | |
| 17. STRD-COMMON STOCK IRA | | None | J | T | | | | | |
| 18. UNION BANK M/M FD IRA | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. NATIONWIDE-ANNUITY | A | Interest | J | T | | | | | |
| 20. UNION BANK & TRUST CO.-CHECKING | A | Interest | K | T | | | | | |
| 21. QUALITY VENDING INC-50% INTEREST | C | Distribution | L | W | | | | | |
| 22. LOAN RECEIVABLE-PHOENIX CONTRACTING | A | Interest | M | T | | | | | |
| 23. UBPTE-COMMON STOCK | A | Dividend | J | T | | | | | |
| 24. UBPTE-COMMON STOCK | A | Dividend | J | T | | | | | |
| 25. UBPTE-COMMON STOCK | A | Dividend | J | T | | | | | |
| 26. DREYFUS PREMIER BALANCED FD. | A | Dividend | J | T | | | | | |
| 27. GE COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. NASDAQ 100 SHARES-COMMON STOCK | A | Dividend | J | T | | | | | |
| 29. SOVEREIGN BANCORP-COMMON STOCK | A | Dividend | J | T | | | | | |
| 30. TARGET CORP.-COMMON STOCK | A | Dividend | J | T | | | | | |
| 31. LEGG MASON M/M FD. | A | Dividend | J | T | CLOSED | 6/15 | | | |
| 32. AT&T-COMMON STOCK | A | Dividend | J | T | | | | | |
| 33. AT&T WIRELESS-COMMON STOCK | | None | J | T | | | | | |
| 34. ASTRAZENECA PLC-COMMON STOCK | A | Dividend | J | T | | | | | |
| 35. CISCO SYSTEMS INC-COMMON STOCK | | None | J | T | | | | | |
| 36. COACH INC.-COMMON STOCK | A | Dividend | | | SELL | 7/7 | J | D | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. FULTON FINANCIAL CORP. | A | Dividend | J | T | | | | | |
| 38. UIT FIRST TRUST COMM. SVCES.-UNIT INVESTMENT TRUST | A | Dividend | J | T | | | | | |
| 39. LEGG MASON VALUE TRUST-COMMON STOCK | A | Dividend | | | SELL | 7/25 | J | | |
| 40. PHELPS DODGE CORP.-COMMON STOCK | | | | | SELL | 3/4 | J | | |
| 41. PETROLEUM GEO SVCS.-COMMON STOCK | | | J | T | | | | | |
| 42. BROOKSTREET SECURITIES CORP.-M/M FD. | B | Dividend | J | T | | | | | |
| 43. WACHOVIA SECURITIES - M/M FUND | A | Dividend | | | CLOSED | 9/11 | | | |
| 44. STRATEGIC DISTRIBUTION-COMMON STOCK | A | Dividend | J | T | PARTIAL SELL | 9/11 | J | A | |
| 45. BARRISTER GLOBAL SVCS.NETWORK-COMMON STOCK | A | Dividend | | | SELL | 9/9 | J | | |
| 46. FIRST CHESAPEAKE FINANCIAL CORP.-COMMON STOCK | A | Dividend | | | SELL | 9/9 | J | | |
| 47. STRATEGIC DISTRIBUTION INC.-COMMON STOCK | A | Dividend | | | SELL | 9/11 | K | | |
| 48. FIDELITY AGGRESSIVE GROWTH FUND | A | Dividend | J | T | | | | | |
| 49. FIDELITY BLUE CHIP GROWTH FUND | A | Dividend | | | SELL | 9/12 | J | | |
| 50. JANUS TWENTY FUND | A | Dividend | | | SELL | 9/11 | J | | |
| 51. U.S. TREASURY NOTE-IRA | A | Interest | K | T | | | | | |
| 52. CATS SERIES P ZERO COUPON BOND-IRA | A | Interest | J | T | | | | | |
| 53. ABM COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 54. WYE COMMON STOCK-IRA | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. BK COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 56. BMY COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 57. CRS COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 58. CVX COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 59. HPQ COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 60. CAG COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 61. CCK COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 62. DD COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 63. EAS COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 64. XOM COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 65. FCFK COMMON STOCK-IRA | | | | | SELL | 8/22 | J | | |
| 66. FULT COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 67. GAM COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 68. GE COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 69. HON COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 70. HUM COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 71. K COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 72. KEY COMMON STOCK-IRA | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. KMB COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 74. LG COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 75. LU COMMON STOCK-IRA | | None | J | T | | | | | |
| 76. MTB COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 77. SOV COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 78. MRK COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 79. MMM COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 80. NXL COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 81. BOH COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 82. PTV COMMON STOCK-IRA | | None | J | T | | | | | |
| 83. JCP COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 84. PEP COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 85. PFE COMMON STOCK-IRA | A | Dividend | K | T | | | | - | |
| 86. SFE COMMON STOCK-IRA | | None | J | T | | | | | |
| 87. SPI COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 88. STRD COMMON STOCK-IRA | | None | J | T | | | | | |
| 89. TE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 90. TYC COMMON STOCK-IRA | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1.000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5.001-$15,000   E = $15.001-$50,000
F = $50,001-$100,000   G = $100.001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15.001-$50,000   L = $50.001-$100,000   M = $100.001-$250,000
N = $250,000-$500.000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. UL COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 92. VZ COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 93. WFSL COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 94. WMI COMMON STOCK-IRA | | None | J | T | | | | | |
| 95. ZMH COMMON STOCK-IRA | | None | J | T | | | | | |
| 96. UBPTE COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 97. DISCOVER BANK OF DE-CD-IRA | B | Interest | K | T | | | | | |
| 98. ALLEGHENY TECH INC - COMMON STOCK | A | Dividend | | | SELL | 1/31 | J | | |
| 99. BRISTOL MYERS SQUIBB - COMMON STOCK | A | Dividend | J | T | | | | | |
| 100. WALT DISNEY CO DEL - COMMON STOCK | A | Dividend | | | SELL | 5/19 | J | A | |
| 101. DYNEGY INC HLDG CO-COMMON STOCK | | | J | T | | | | | |
| 102. FRANKLIN BIOTECH DISCOVERY FUND-COMMON STOCK | | | | | SELL | 8/6 | J | A | |
| 103. MASSEY ENERGY CO-COMMON STOCK | A | Dividend | | | SELL | 7/11 | J | - | |
| 104. RELIANT RESOURCES - COMMON STOCK | | | | | SELL | 10/23 | J | | |
| 105. BUCA INC - COMMON STOCK | A | Dividend | | | SELL | 7/7 | J | A | |
| 106. COMCAST CORP | | | J | T | | | | | |
| 107. DUKE ENERGY - COMMON STOCK | A | Dividend | J | T | | | | | |
| 108. LEGG MASON CASH RESERVE TRUST | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = SMore than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A –H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. POLO RALPH LAUREN CORP CL-A | A | Dividend | J | T | | | | | |
| 110. STARBUCKS CORP - COMMON STOCK | | None | J | T | | | | | |
| 111. TARGET CORP - COMMON STOCK | A | Dividend | J | T | | | | | |
| 112. BED, BATH & BEYOND - COMMON STOCK | | None | | | SELL | 7/7 | J | A | |
| 113. CHESAPEAKE ENERGY - COMMON STOCK | A | Dividend | J | T | | | | | |
| 114. GARTMORE NATIONWIDE FUND-MUTUAL FUND CLASS A | A | Dividend | J | T | | | | | |
| 115. STJ - COMMON STOCK - IRA | | None | K | T | | | | | |
| 116. DNP SELECT INCOME FUND-MUTUAL FUND- IRA | A | Dividend | J | T | | | | | |
| 117. NORTHWESTERN CORP - COMMON STOCK- IRA | A | Dividend | | | SELL | 12/22 | J | | |
| 118. CHEVRON-TEXACO 3.5% BOND - IRA | A | Interest | K | T | | | | | |
| 119. UNION BANK OF POTTSVILLE-CD'S | A | Interest | | | REDEEMED | 6/15 | K | | |
| 120. UNION BANK OF POTTSVILLE-SAVINGS | A | Interest | J | T | | | | | |
| 121. BAX-COMMON STOCK-IRA | A | Dividend | J | T | BUY | 6/15 | J | – | |
| 122. CCE-COMMON STOCK-IRA | A | Dividend | J | T | BUY | 6/15 | J | | |
| 123. CAPITAL ONE BANK VA-CD-IRA | B | Interest | K | T | BUY | 6/15 | K | | |
| 124. FORD MOTOR CREDIT CO-BOND | B | Interest | K | T | BUY | 6/15 | K | | |
| 125. EXXON MOBIL CORP-COMMON STOCK | A | Dividend | J | T | BUY | 12/2 | J | | |
| 126. GENERAL ELECTRIC CO-COMMON STOCK | A | Dividend | J | T | BUY | 12/5 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns BI and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2) U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. GENERAL MOTORS CORP-COMMON STOCK | A | Dividend | K | T | BUY | 11/07 | K | | |
| 128. ISTAR FINANCIAL-COMMON STOCK | A | Dividend | J | T | BUY | 11/13 | J | | |
| 129. ORACLE CORP-COMMON STOCK | A | Dividend | J | T | BUY | 12/2 | J | | |
| 130. PFIZER INC-COMMON STOCK | A | Dividend | J | T | BUY | 11/7 | J | | |
| 131. SIRIUS SATELLITE RADIO - COMMON STOCK | | None | J | T | BUY | 11/13 | J | | |
| 132. TALBOTS INC - COMMON STOCK | A | Dividend | J | T | BUY | 7/15 | J | | |
| 133. WILLIAMS SONOMA-COMMON STOCK | A | Dividend | J | T | BUY | 7/15 | J | | |
| 134. PNC FINANCIAL SERVICES GROUP-COMMON STOCK | A | Dividend | J | T | BUY | 7/25 | J | | |
| 135. COOPER INDUSTRIES LTD CL A-COMMON STOCK (OMITTED 2002) | A | Dividend | | | SELL | 3/12 | J | A | |
| 136. FLEXTRONICS INC - COMMON STOCK | | None | | | BUY | 6/2 | J | | |
| 137. FLEXTRONICS INC - COMMON STOCK | | None | | | SELL | 8/7 | J | | |
| 138. ANADARKO PETROLEUM CORP-COMMON STOCK | | None | | | BUY | 7/14 | J | | |
| 139. ANADARKO PETROLEUM CORP-COMMON STOCK | | None | | | SELL | 8/4 | J | - | |
| 140. APPLIED MATERIALS INC - COMMON STOCK | | None | | | BUY | 3/17 | J | | |
| 141. APPLIED MATERIALS INC - COMMON STOCK | | None | | | SELL | 5/19 | J | A | |
| 142. BOEING CO - COMMON STOCK | A | Dividend | | | BUY | 1/2 | J | | |
| 143. BOEING CO - COMMON STOCK | A | Dividend | | | SELL | 2/20 | J | | |
| 144. CVS CORP DEL - COMMON STOCK | A | Dividend | | | BUY | 3/17 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. CVS CORP DEL - COMMON STOCK | A | Dividend | | | SELL | 12/02 | J | A | |
| 146. COOPER TIRE & RUBBER CO - COMMON STOCK | A | Dividend | | | BUY | 3/17 | J | | |
| 147. COOPER TIRE & RUBBER CO - COMMON STOCK | A | Dividend | | | SELL | 8/11 | J | A | |
| 148. DIAMOND OFFSHORE DRILLING INC - COMMON STOCK | A | Dividend | | | BUY | 6/11 | J | | |
| 149. DIAMOND OFFSHORE DRILLING INC - COMMON STOCK | A | Dividend | | | SELL | 11/19 | J | | |
| 150. FEDERAL SIGNAL CORP - COMMON STOCK | | None | | | BUY | 4/2 | J | | |
| 151. FEDERAL SIGNAL CORP - COMMON STOCK | | None | | | SELL | 5/19 | J | A | |
| 152. H J HEINZ CO - COMMON STOCK | A | Dividend | | | BUY | 3/17 | J | | |
| 153. H J HEINZ CO - COMMON STOCK | A | Dividend | | | SELL | 6/19 | J | A | |
| 154. HONEYWELL INT'L - COMMON STOCK | A | Dividend | | | BUY | 1/2 | J | | |
| 155. HONEYWELL INT'L - COMMON STOCK | A | Dividend | | | SELL | 3/7 | J | | |
| 156. MAYTAG CORP - COMMON STOCK | A | Dividend | | | BUY | 4/1 | J | | |
| 157. MAYTAG CORP - COMMON STOCK | A | Dividend | | | SELL | 8/5 | J | A | |
| 158. WELLMAN INC - COMMON STOCK | | None | | | BUY | 7/2 | J | | |
| 159. WELLMAN INC - COMMON STOCK | | None | | | SELL | 8/6 | J | | |
| 160. ALBERTSONS INC - COMMON STOCK | A | Dividend | J | T | BUY | 8/21 | J | | |
| 161. MANITOWOC INC - COMMON STOCK | A | Dividend | J | T | BUY | 5/30 | J | | |
| 162. MERCK & CO INC. - COMMON STOCK | A | Dividend | J | T | BUY | 12/17 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. NEWELL RUBBERMAID INC. - COMMON STOCK | A | Dividend | J | T | BUY | 12/1 | J | | |
| 164. SCHERING PLOUGH CORP - COMMON STOCK | A | Dividend | J | T | BUY | 12/1 | J | | |
| 165. STANDARD MOTORS PRODS INC - COMMON STOCK | A | Dividend | J | T | BUY | 9/2 | J | | |
| 166. TIMKEN CO - COMMON STOCK | A | Dividend | J | T | BUY | 8/21 | J | | |
| 167. TRANSOCEAN ISIN - COMMON STOCK | A | Dividend | J | T | BUY | 8/20 | J | | |
| 168. PIMCO COMMODITY TOTAL RETURN FUND-CLD-MUTUAL FUND | A | Dividend | J | T | BUY | 9/1 | J | | |
| 169. ABERCROMBIE & FITCH CO CL A - COMMON STOCK | A | Dividend | J | T | BUY | 10/15 | J | | |
| 170. ALLEGIANT BANCORP INC - COMMON STOCK | | None | | | BUY | 10/15 | J | | |
| 171. ALLEGIANT BANCORP INC - COMMON STOCK | | None | | | SELL | 11/26 | J | A | |
| 172. ANHEUSER BUSCH COS - COMMON STOCK | A | Dividend | J | T | BUY | 10/10 | J | | |
| 173. IMCLONE SYSTEMS INC - COMMON STOCK | | None | J | T | BUY | 10/15 | J | | |
| 174. NATIONAL PENN BANCSHARES - COMMON STOCK | A | Dividend | J | T | BUY | 10/16 | J | | |
| 175. ORACLE CORPORATION - COMMON STOCK | | None | J | T | BUY | 12/1 | J | – | |
| 176. ORACLE CORPORATION - COMMON STOCK | | None | J | T | BUY | 12/3 | J | | |
| 177. PETROKAZAHSTAN INC - COMMON STOCK | A | Dividend | J | T | BUY | 9/16 | J | | |
| 178. RELIANT RESOURCES INC - COMMON STOCK | | None | J | T | BUY | 10/31 | J | | |
| 179. SAFEGUARD SCIENTIFIC - COMMON STOCK | | None | J | T | BUY | 9/19 | J | | |
| 180. SINCLAIR BROADCAST GROUP INC - COMMON STOCK | | None | J | T | BUY | 10/6 | J | | |

1. Income/Gain Codes:     A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. | SIRIUS SATELLITE RADIO INC - COMMON STOCK | | None | J | T | BUY | 12/2 | J | | |
| 182. | SOVEREIGN BANCORP INC - COMMON STOCK | A | Dividend | J | T | BUY | 10/02 | J | | |
| 183. | FIDELITY BLUE CHIP VALUE FUND - MUTUAL FUND | A | Dividend | J | T | BUY | 9/11 | J | | |
| 184. | VANGUARD PA LONG TERM TAX EX - MUTUAL FUND | A | Dividend | J | T | BUY | 9/18 | J | | |
| 185. | FIDELITY REAL ESTATE INCOME FUND - MUTUAL FUND | A | Dividend | J | T | BUY | 9/12 | J | | |
| 186. | FIDELITY INVESTMENT - M/M FUND | A | Dividend | J | T | BUY | 9/14 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | JONES III, JOHN E | 5/5/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓      Date _5-13-04_

NOTE: ▓▓▓▓▓▓▓▓DUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544